CRIMINAL INFORMATION SHEET     USPO Lebeda     TAPE # 04-Cr-10

Date: 3-10-04

Judge:
- ☐ MJ Joyner
- ☐ MJ McCarthy
- ☒ MJ Cleary

Deputy:
- ☐ Linda Collins
- ☐ Joan Mayes
- ☒ Howard Overton

3:40345

Case No. 04-CR-026-001-H USA v. Outlaw, Brandon
Defendant's Age: _____ Date of Birth: 1972 Sex: M
Defendant's Address: 6819 E. 83rd Pl.     City/State: Tulsa, OK
Zip Code: _____ Phone #: _____
Date of Arrest: _____ Arrested By: _____
☒ Detention Requested by AUSA
Bail Recommendation: $ _____ (Cash/Surety) (10%) (Unsecured)
Bail Fixed at: $ _____ (Cash/Surety) (10%) (Unsecured)
Bail Made: ☐ yes ☐ no

**Additional Conditions of Release:**

6. ☐ Defendant placed in custody of: _____

7. ☐ a  ☐ g  ☐ m  ☐ s
   ☐ b  ☐ h  ☐ n
   ☐ c  ☐ i  ☐ o
   ☐ d  ☐ j  ☐ p
   ☐ e  ☐ k  ☐ q
   ☐ f  ☐ l  ☐ r

Defendant Requests Public Defender: ☐ yes ☒ no
Defendant's Attorney: Allen Smallwood    Julia O'Connell FPD for IA/AP only
                                         FPD will check w/ (Ct.Appt)(Ret.)
                                         Allen Smallwood re: representation
Address: _____ City/State/Zip: _____ Phone: _____
AUSA: Rob Raley

**MINUTES:**
☒ Defendant appears for IA on: ___ w/ret counsel ___ ct appt ___ w/out counsel
  ☒ Indictment ___ Information ___ Complaint ___ Petition ___ Rule 5
☐ Financial Affidavit received; FPD appointed: ☐ present ☐ not present
☐ Defendant's name corrected by interlineation: _____
☐ Waivers executed and filed in open court:
     ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set @ _____ ; bond and conditions of release executed and filed in open court
☒ Gov'ts Motion for detention filed in open court
☒ Arraignment held, defendant pleads Not Guilty, court accepts plea
☒ Scheduling dates to be mailed to counsel
☒ Detention Hearing Scheduled: 3-17-04 @ 1:30
☐ Preliminary Exam Scheduled: _____ @ _____
☐ Arraignment Scheduled: _____ @ _____
☐ Initial Appearance continued to _____ @ _____
☒ Defendant remanded to custody of U.S. Marshal:
     ☐ pending further proceeding; or ☐ pending satisfaction of conditions of bond
ADDT'L MINUTES: Reading of Ind. waived.