# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s) | ) | |
| | ) | /AP |
| v. | ) | Case No. 04-cr-26-01-H |
| | ) | Proceeding: Detention Hearing |
| Brandon Gregory Outlaw, | ) | Date: 3-17-2004 |
| Defendant(s). | ) | Court Time: 1:30 - 3:30 |

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge   H. Overton, Deputy Clerk   Tape 04-CI-10

In Camera 04-AJC-4

Counsel for Plaintiff: Rob Raley

Counsel for Defendant: Allen Smallwood (Ret.)

Minutes: Govt has w/drawn mot for Det.
Amended PT Services report discussed
Court seeks "In Camera Hrg." + Adjourns in Conf
2:05 - 2:40 request
In Camera Hrg Held in Conf Room (Court, his Deputy Clerk, Rob Raley, Allen Smallwood, (Mark Ogle + Nichole Lobeda USPO))
Statements made.
2:40 - Back on Record. Court grants Bond + △ executes same
Cont Hrg set 4-27-04 @ 9:30 a.m.
△ to be released upon set up of Elec
mont equipment at △'s home.

Court Time

Robert Thames Raley, Esq.
United States Attorney
333 W 4th St
Ste 3460
Tulsa, OK  74103



---

C R I M I N A L   M I N U T E S

---

4:04-cr-00026            USA v. Outlaw

---

DOCKET ENTRY

---

MINUTES DET HRG & IN CAMERA HRG before Magistrate Judge
Paul J. Cleary :
BOND HRG set for 9:30 4/27/04 for Brandon Gregory
Outlaw before Magistrate Judge Paul J. Cleary,
(cc: all counsel)

Hon. Paul J. Cleary, Magistrate Judge

#16