UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,  )
          Plaintiff(s)  )
     v.  )  Case No. 04-CR-26-CVE
         )  Date: 6-30-2005
BRANDON GREGORY OUTLAW,  )  Court Time: 9:30 a.m.
          Defendant(s).  )  Actual Court Time: 9:45 - 10:30

**MINUTE SHEET - SENTENCING**

Claire V. Eagan, U.S. Chief District Judge    J. Miller, Deputy Clerk    Joanna Smith, Reporter

Counsel for Plaintiff: Rob Raley ✓
Counsel for Defendant: Allen Smallwood, Ret. ✓
Interpreter: _____ [] sworn

[x] Defendant appears in person with counsel    [] Counsel waived
[x] Plaintiff & Defendant reviewed PSI:    [] Objections by: [] Pltf [] Deft; [] No Objections;    [x] Court adopts
[x] 18:3553 Findings re: PSI/Sentence made;    [] Findings re: Plea made
[x] Sentence re: Guideline;    [x] Departure: [] Upward [x] Downward;    [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown:

**SENTENCE:** As to Count(s) _____ of the Indictment:

[x] Bureau of Prison for a term of _63 month as to cts 1, 2 + 3 to run cc._
[] Probation for a term of _____
[x] Supervised Release for a term of _3 yrs as to ea cts 1, 2 + 3 to run cc; as to each cts 1, 2 + 3._
[x] Fine: $3,000.00 [] with interest [x] interest waived
[] Restitution: $ NA [] with interest [] interest waived
[x] Special Monetary Assessment: $300.00 [x] due immediately [] as directed: _____
          $100 as to each count.

**STANDARD CONDITIONS** including the following additional conditions:

[x] Defendant shall abide by Special Financial Conditions
[x] Defendant shall abide by Special Search Conditions
[] Defendant shall abide by Special Sex Offender Conditions
[] Defendant shall participate in a program of mental health treatment
[] Deft shall participate in a program of testing and treatment (to include inpatient) for drug and alcohol abuse as directed by the Probation Officer
[x] Deft shall, at the direction of the Probation Officer, cooperate with and submit to collection of a DNA sample for the submission to the Combined DNA Index System
[] Deft shall be placed on home detention to include electronic monitoring at the discretion of the Probation Officer for a period of ____ months to commence within ____ hrs. of the sentencing date. The entire cost of this program shall be paid by: [] Prob [] Deft
[] As a condition of Supervised Release, upon completion of imprisonment term, defendant shall surrender to a duly-authorized immigration official for deportation in accordance with the established procedures provided by Immigration and Naturalization Act. It is a further condition of Supervised Release, if ordered deported, defendant to remain outside the U.S. until termination of the term of Supervised Release

[x] Defendant advised of right to appeal    [] Defendant gives oral notice of appeal
[] Bond exonerated    [] Appeal bond set: $_____ ([] Cash or [] Surety); [] Findings made
[] Remaining counts ordered dismissed: _____
[x] Deft to self surrender to designated institution by noon on: 11-2-05, U.S.M. to advise of institution; [x] Findings made
[x] Court makes the following recommendation to BOP: [x] designate a facility located near or in: Oklahoma
         [] other:
[] Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** _Initial portion of hrg held under seal. #98 - gr._
_oral mot/add'l downward departure - denied. Ct unsealed for sentencing._
_Ex #1 - to be maintained in Ct file; #95 - gr. #68 - gr. (Money Judgment_
_# oral mot/extended self surrender date._      of $250,000.)

CR-01b (5/05)