**FILED**
SEP 1 9 2005
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Garnishor, | ) | |
| | ) | |
| vs. | ) | C a s e    N o . |
| | ) | 04-CR-026-001-CVE |
| BRANDON GREGORY OUTLAW, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WELLS FARGO BANK, and its successors | ) | |
| or assigns, | ) | |
| | ) | |
| Garnishee. | ) | |

## GARNISHEE'S ANSWER

Having been served with a Continuing Writ of Garnishment, Garnishee hereby files

this Answer in accordance with 28 U.S.C. § 3205.  This Answer is being prepared by:

Name:  Sherri Stokes

Title:

Address:     WELLS FARGO BANK
             LEVY PROCESSING
             MAC S3928-021
             PO BOX 29779
Phone Number:  PHOENIX, AZ 85038-9779

___ Drop Box  ___ Mail  ___ No Cert Svc ___ No Orig Sign ___ CJJ ___ C/MJ
___ C.Ret'd   ___ No Env ___ No Cpys   ___ No Env/t pys ___ OJJ ___ O/MJ

## DESCRIPTION OF GARNISHEE

Garnishee files this Answer as:     (check those that apply)

An Individual

❏     In my personal capacity.

❏     Doing business as,

Name of d/b/a:
Address:
Phone Number:

❏     A Partnership; and Garnishee is:

❏     A general partner

❏     A limited partner

Name of Partnership:
Address:
Phone Number:

☒     A Corporation

Name of Corporation:          WELLS FARGO BANK
Address:                      LEVY PROCESSING
Phone Number:                 MAC S3928-021
State of Incorporation:       PO BOX 29779
Principal Place of Business:  PHOENIX, AZ 85038-9779

## PRIOR GARNISHMENTS

For each previous garnishment involving Defendant which is still in effect, please provide the following information:

Date of Garnishment: 9-12-5
Property Subject to the Previous Garnishment: Bank Accounts

-- 2 --

## DESCRIPTION OF PROPERTY IN WHICH DEFENDANT HAS AN INTEREST

Garnishee states as follows:          (check those that apply)

☐    From the date the Writ of Garnishment was served to the date this Answer is being prepared, Garnishee has not had possession, custody or control of any property in which Defendant has an interest.

☒    Garnishee has possession, custody or control of the following non-earnings property in which Defendant has an interest:

Description of Property:
Approximate Value of Property:          *Account Closed*
Defendant's Interest in the Property:

☐    Garnishee anticipates having future possession, custody or control of the following non-earnings property in which Defendant will have an interest:

Description of Property:
Approximate Value of Property:
Defendant's Interest in the Property:
When Defendant Will Acquire An Interest in the Property:

☐    As Defendant's employer, Garnishee has possession, custody or control of earnings in which Defendant has an interest:

Defendant is paid: ☐ weekly, ☐ bi-weekly, ☐ semi-monthly, ☐ monthly
Date Previous Pay Period Ended:
Date Current Pay Period Ends:

a.    Defendant's Gross Pay:
b.    Federal Income Tax Withheld:
c.    F.I.C.A. Withheld:
d.    State Income Tax Withheld:
e.    Total Withholdings (b + c + d):
f.    Net Earnings (a - e):

## GARNISHEE'S CLAIMS

Garnishee makes the following claims:    (check those that apply)

❑    Garnishee makes the following claim of exemption on behalf of Defendant:

Amount of Exemption:
Nature of Exemption:

❑    Garnishee has the following objections, defenses, or set-offs against the United States' right to seek garnishment of Defendant's non-exempt property in Garnishee's possession, custody or control:

(describe nature of objection, defense, or set-off)

## CERTIFICATE OF SERVICE

Garnishee certifies that it has served a copy of this Answer on both the:

❑    Defendant

Date of Service:
Method of Service: (include address if service was by mail)

and

❑    **United States Attorney's Office**
**110 West 7th Street, Ste. 300**
**Tulsa, Oklahoma  74119**

Date of Service:
Method of Service: (include address if service was by mail)

-- 4 --

## OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

Date: 9-14-5

Signature: _Shuri Stokes_

Subscribed and sworn before me this 14th day of Sept 2005

_Janna Long_
Notary Public                                                    (SEAL)

Commission Expires: 1-24-09

OFFICIAL SEAL
JANNA LONG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 24, 2009

-- 5 --