IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CR-26-CVE |
| ) | |
| BRANDON GREGORY OUTLAW, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Allen M. Smallwood, counsel for the above-named defendant, seeks an order of this Court terminating supervised release for the following reasons:

1. This defendant pled guilty to conspiracy to possess with intent to distribute controlled substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C); possession with intent to distribute methylenedioxy methamphetamine (MDMA), also known as Ecstacy in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); and, possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

2. This defendant has been on supervised release for over seven (7) years, has paid all fines, costs and assessments, has had no contact with law enforcement and the necessity of supervised release has expired.

3. Counsel is authorized to represent that Robert T. Raley, Assistant United States Attorney, has no objection to this Motion for early termination of supervised release, as long as the allegations in the above paragraph are accurate.

4. It is further counsel's belief that Joy Coffman, the defendant's supervised release officer with the United States Probation Office, will affirm the representations made in this Motion.

**WHEREFORE,** counsel for defendant seeks an order of this Court terminating supervised release for the defendant, Brandon Gregory Outlaw, for the reasons stated.

        s/ Allen M. Smallwood
        ALLEN M. SMALLWOOD
        Attorney for Defendant
          BRANDON GREGORY OUTLAW
        1310 South Denver Avenue
        Tulsa, Oklahoma 74119-3041
        (918) 582-1993    (918) 582-1991 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2013, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a notice of electronic filing to the following ECF registrant:

Catherine J. Depew                        Robert T. Raley
Assistant United States Attorney      Assistant United States Attorney

        s/ Allen M. Smallwood
        ALLEN M. SMALLWOOD